■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHNNIE BUTLER, Also Known as JOHNNY BUTLER, Appellant. —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Feldman, J.), rendered July 12, 1984, convicting him of attempted murder in the second degree, attempted robbery in the first degree, and robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (see, People v Contes, 60 NY2d 620, 621), we find that it was legally sufficient to establish the defendant's guilt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (CPL 470.15 [5]). Thompson, J. P., Kunzeman, Spatt and Balletta, JJ., concur.